**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 11-CR-00146-PAB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. TRAVIS WEAVER,**

**Defendant.**

---

**MINUTE ORDER SETTING ADVISEMENT/ARRAIGNMENT
ON SUPERSEDING INDICTMENT**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

A Superseding Indictment has been obtained by the Government in this matter, therefore:

**IT IS HEREBY ORDERED** that this matter is set for an Advisement and Arraignment on the Superseding Indictment before the Magistrate Judge in Durango, Colorado on September 9, 2011 at 2:00 p.m.

**DATED: September 8, 2011.**

                                      **BY THE COURT:**

                                      **s/David L. West
United States Magistrate Judge**