IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00146-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TRAVIS WEAVER,

    Defendant.
_____

**ORDER**
_____

This matter comes before the Court *sua sponte*. Motions filed by the defendant generally refer to the alleged victim by her initials, which is appropriate given that she is alleged to be the victim of sexual assaults. However, the alleged victim's name is used twice in Defendant's Motion to Suppress Evidence and Observations Obtained Pursuant to Warrantless Search at 2344 CR 523 Bayfield, Colorado [Docket No. 59]. Defendant has also attached as Exhibit A to Defendant's Motion to Suppress January 20, 2011 Search Warrant [Docket No. 54] and as Exhibits A and B to Defendant's Motion to Suppress January 28, 2011 Search Warrant [Docket No. 55] documents that name the alleged victim. Moreover, Exhibit A to both motions names a minor. Therefore, pursuant to Fed. R. Crim. P. 49.1(d), it is

ORDERED that the clerk of the court shall restrict access to Defendant's Motion to Suppress Evidence and Observations Obtained Pursuant to Warrantless Search at 2344 CR 523 Bayfield, Colorado [Docket No. 59], Exhibit A to Defendant's Motion to

Suppress January 20, 2011 Search Warrant [Docket No. 54], and Exhibits A and B to Defendant's Motion to Suppress January 28, 2011 Search Warrant [Docket No. 55] to the parties only. It is further

ORDERED that, on or before October 26, 2011, defendant shall file redacted copies of the above-mentioned pleadings.

DATED October 20, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge